# Court of Appeals
# of the State of Georgia

ATLANTA,    September 21, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0245.  IN THE INTEREST OF: Q. S. AND A. S., CHILDREN (MOTHER).**

The mother of Q. S. and A. S. filed this direct appeal from the juvenile court's order terminating her parental rights.  Under OCGA § 5-6-35 (a) (12), however, appeals from orders terminating parental rights must be initiated by filing an application for discretionary review.  See *In the Interest of K. R.*, 285 Ga. 155, 156 (674 SE2d 288) (2009).  The mother's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*    09/21/2016
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                                                    *, Clerk.*